■ ERNESTO CRUZ, Respondent, v ROMAN CATHOLIC CHURCH FOR MOST HOLY TRINITY, Appellant. [635 NYS2d 44] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated June 24, 1994, which denied its motion for a further examination before trial of the plaintiff.

Ordered that the appeal is dismissed, without costs or disbursements.

The defendant's motion for a further deposition of the plaintiff concerning questions objected to at his examination

before trial was, in effect, an application seeking rulings on an examination before trial *(see, Jackson v St. John's Episcopal Hosp.,* 220 AD2d 484; *Scott v Vassar Bros. Hosp.,* 133 AD2d 76; *Sainz v New York City Health & Hosps. Corp.,* 106 AD2d 500). This Court has repeatedly held that an order made upon an application to review objections raised at an examination before trial is not appealable as of right *(see, e.g., Jackson v St. John's Episcopal Hosp., supra; Simon v Massapequa Gen. Hosp.,* 167 AD2d 533; *Scott v Vassar Bros. Hosp., supra),* and we decline to grant the defendant leave to appeal. Sullivan, J. P., Thompson, Krausman and Florio, JJ., concur.